IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEVEN WERLING,

    Plaintiff,　　　　　　　　　　　　05cv0898
v.　　　　　　　　　　　　　　　　　　ELECTRONICALLY FILED

MARK EGGLETON, ET AL.,

    Defendants.

### Order of Court

Pending before this Court is plaintiff's motion to compel discovery from the City of Pittsburgh (doc. no. 21) and defendant's motion for protective order (doc. no. 23).  Plaintiff's motion to compel will be GRANTED IN PART and DENIED IN PART, and defendant's motion for protective order will be GRANTED IN PART and DENIED IN PART.

As to plaintiff's motion to compel interrogatory number ten (10), defendant is required to answer said interrogatory and corresponding request for production of documents on or before noon on January 23, 2006.  As to plaintiff's motion to compel interrogatory number six (6), defendant is required to answer said interrogatory and corresponding request for production of documents on or before noon on January 23, 2006, but said response shall be limited to ONLY the individual defendants, Mark Eggleton and Brian Roberts.

Accordingly, plaintiff's motion to compel (doc. no. 21) is GRANTED as to interrogatory number 10, and GRANTED IN PART AND DENIED IN PART as to interrogatory number 6, and defendant's motion for protective order (doc. no. 23) is GRANTED IN PART AND

DENIED IN PART as to interrogatory number 6, and DENIED as to interrogatory number 10.

        SO ORDERED this 17th day of January, 2006.

        <u>s/Arthur J. Schwab</u>
        Arthur J. Schwab
        United States District Judge

cc:	All counsel of record as listed below

Jere Krakoff, Esquire
1705 Allegheny Building
Pittsburgh, PA 15219

Timothy P. O'Brien, Esquire
429 Forbes Avenue
1705 Allegheny Building
Pittsburgh, PA 15219

Daniel L. Rivetti , Esquire
Robb, Leonard & Mulvihill
2300 One Mellon Bank Building
Pittsburgh, PA 15219

Matthew F. Dolfi, Esquire
City of Pittsburgh
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219