IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEVEN WERLING,

      Plaintiff,

v.

MARK EGGLETON, THE CITY OF
PITTSBURGH, OHDS, Inc., t/d/b/a/
the Original Hot Dog Shop, and
BRIAN ROBERTS,

      Defendants.

05cv0898

Electronically Filed

### Order of Court

AND NOW, this 16th day of June, 2006, after careful consideration of defendant OHDS, Inc.'s motion in limine regarding plaintiff's contention that the Original can be liable for a "custom or policy" that allegedly violated plaintiff's civil rights (doc. no. 147), and plaintiff's response thereto (doc. no. 155), said motion is DENIED.  However, proposed jury instructions will be ruled upon in due course and this Order shall not be construed as an implicit ruling on said jury instructions.

                              s/Arthur J. Schwab
                              Arthur J. Schwab
                              United States District Judge

cc:    All counsel of record