IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEVEN W. WERLING,

   Plaintiff,

   v.           Civil Action No.  05-0898

MARK EGGLETON, THE CITY
OF PITTSBURGH, OHDS, INC.,
t/d/b/a THE ORIGINAL HOT
DOG SHOP, INC.,         Judge Arthur J. Schwab
And BRIAN ROBERTS,

   Defendants.

## STIPULATION FOR DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)1

  AND NOW come the parties by and through their respective counsel and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiff's claims against the Defendants named herein.

| | |
|---|---|
| /s/ Timothy P. O'Brien | /s/ A. Bryan Campbell |
| Timothy P. O'Brien, Esquire | A. Bryan Campbell, Esquire |
| PA I.D. No. 22104 | PA I.D. No. 15079 |
| 1705 Allegheny Building | 220 Grant Street, 6th Floor |
| 429 Forbes Avenue | Pittsburgh, PA  15219 |
| Pittsburgh, PA  15219 | (412) 642-7667 |
| (412) 232-4400 | Attorney for Defendant Mark Eggleton |
| Attorney for Plaintiff Deven W. Werling | |
| | |
| /s/ Mark A. Martini | /s/Michael E. Kennedy |
| Mark A. Martini, Esquire | Michael E. Kennedy, Esquire |
| PA I.D. No. 91001 | PA I.D. No. 52780 |
| Robb Leonard Mulvihill | City of Pittsburgh, Department of Law |
| 2300 One Mellon Center | 313 City-County Building |
| Pittsburgh, PA  15219 | 414 Grant Street |
| (412) 281-5431 | Pittsburgh, PA  15219 |
| Attorney for Defendant | (412) 255-2004 |
| Original Hot Dog Shops, Inc. | Attorney for Defendant City of Pittsburgh |

## **ORDER**

AND NOW, this _____ day of _____, 2007, IT IS SO ORDERED.

_____

Judge Arthur J. Schwab
